The defendant was indicted upon St. 1820, c. 45, § 1, which enacts that “ every hawker, peddler, petty chapman, or other person going from town to town &c., carrying to sell, or exposing for sale, any goods &c., shall &c. forfeit &c., provided however, that nothing herein shall prohibit any person from carrying abroad and selling- or exposing for sale &c., any goods &c. of the produce or manufacture of the United States, except ” &c.
The indictment charged the defendant with carrying to sell and exposing for sale goods &c., not being of the produce or manufacture of the United States.[1] Here the negative is part of the description of the offence, which brings the case within the reason of Rex v. Rogers, 2 Campb. 654.